# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| WILLIAM REID BLACK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:13cv889 |
| UNITED STATES ARMY, et al. | ) | |
| Defendants. | ) | |

## ORDER ADOPTING RECOMMENDATION

Plaintiff William Reid Black filed his Application to Proceed IFP [Doc. #1] and Complaint [Doc. # 2] on October 4, 2013. Additional attachments to the Complaint were filed by Plaintiff on October 8, 2013 [Doc. # 4]. On October 17, 2013, the Magistrate Judge issued a Recommendation [Doc. # 5] that Plaintiff's Application for Leave to Proceed In Forma Pauperis and Affidavit/Declaration in Support be granted for the limited purpose of allowing the Court to consider a recommendation of dismissal, and a Recommendation that the action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Plaintiff timely objected [Doc. # 7].

A court is not required to conduct a de novo review where objections to the recommendation of the Magistrate Judge are general and conclusory. See Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir.1982) (citing United States v. Merz, 376 U.S. 192 (1964)). In this case, Plaintiff's objection simply reiterates the claims in the complaint and his request for relief.

Notwithstanding Mr. Black's failure to object properly, and in consideration of the fact that he is proceeding pro se, the Court carefully reviewed the Magistrate Judge's Recommendation and the pleadings. Based on this review, the Court finds the Magistrate Judge's Recommendation to be an accurate reflection of the law. The Recommendation [Doc. # 5] is therefore adopted in full and Plaintiff's complaint is hereby DISMISSED.

This the 23rd day of January, 2014.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge